CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT - 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

UNITED STATES OF AMERICA :
:
v. : Case No. 1:19CR47
:
NANCY DEGOLLADO :
  (also known as NANCY :
  DEGOLLADO GARCIA) :
MICHAEL SCOTT DEAR : Violations: 21 U.S.C. § 841
  (also known as "DEAR MEAT") : 21 U.S.C. § 846
JOSHUA ALLEN SABINS : 18 U.S.C. § 2
  (also known as "J-MONEY") : 18 U.S.C. § 111
DONALD CHARLES THRIFT : 18 U.S.C. § 922
  (also known as CHUCKY THRIFT) :
SHANNON NICOLE CHAPMAN :
BRANDON LEE COOK :
SHANNON MARIE WILMOUTH :
ROBERT LOUIS GRAY OSBORNE :
  (also known as "UNCLE BOBBY") :
ASHLEY NICHOLE FIRESTONE :
DAVID WAYNE SEXTON :
NANCY APRIL ELIZABETH KESTNER :
  (also known as NANCY APRIL :
  ELIZABETH CROWGEY) :

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between October 15, 2018, and August 16, 2019, in the Western District of Virginia and elsewhere, NANCY DEGOLLADO, MICHAEL SCOTT DEAR, JOSHUA ALLEN SABINS, DONALD CHARLES THRIFT, SHANNON NICOLE CHAPMAN, BRANDON LEE COOK, SHANNON MARIE WILMOUTH, ROBERT LOUIS GRAY OSBORNE, ASHLEY FIRESTONE, DAVID SEXTON, and NANCY

1

APRIL ELIZABETH KESTNER knowingly conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO

The Grand Jury charges that:

1. On or about November 14, 2018, ASHLEY FIRESTONE and DAVID SEXTON, in the Western District of Virginia and elsewhere, as principals and aiders and abettors, distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT THREE

The Grand Jury charges that:

1. On or about December 3, 2018, BRANDON LEE COOK, in the Western District of Virginia and elsewhere, distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT FOUR

The Grand Jury charges that:

1. On or about February 5, 2019, MICHAEL SCOTT DEAR, SHANNON NICOLE CHAPMAN, and DONALD CHARLES THRIFT, in the Western District of Virginia and elsewhere, as principals and aiders and abettors, distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT FIVE

The Grand Jury charges that:

1. On or about and between November 14, 2018, and December 15, 2018, in the Western District of Virginia and elsewhere, JOSHUA ALLEN SABINS, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm and ammunition:

    a) Glock Model 27, .40 caliber pistol, Serial Number NKM281;
    b) 11 rounds of .40 caliber ammunition;
    c) 25 rounds of .380 caliber ammunition;
    d) 18 rounds of .40 caliber ammunition;

and the firearm and ammunition were in and affecting commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT SIX

The Grand Jury charges that:

1. On or about December 13, 2018, in the Western District of Virginia and elsewhere, JOSHUA ALLEN SABINS did attempt to forcibly assault, resist, oppose, impede, intimidate, and interfere with C.M., while C.M. was engaged in the performance of his official duties, and in doing so attempted to use a deadly and dangerous weapon and inflict bodily injury upon C.M.

2. All in violation of Title 18, United States Code, Sections 2, 111(a)(1), and 111(b).

## COUNT SEVEN

The Grand Jury charges that:

1. On or about February 5, 2019, in the Western District of Virginia and elsewhere, MICHAEL SCOTT DEAR, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm and ammunition:

   a) Ruger LCP, .380 caliber pistol, Serial Number 372103214;
   b) 6 rounds of .380 caliber ammunition;

and the firearm and ammunition were in and affecting commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT EIGHT

The Grand Jury charges that:

1. On or about February 5, 2019, in the Western District of Virginia and elsewhere, SHANNON NICOLE CHAPMAN, knowing she had previously been convicted in a court

4

of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, the following firearm and ammunition:

    a)     Smith and Wesson, Model 1000, 12 gauge shotgun, Serial Number FS16877;
    b)     1 round of 12 gauge ammunition;

and the firearm and ammunition were in and affecting commerce.

2.     All in violation of Title18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT NINE

The Grand Jury charges that:

1.     On or about February 5, 2019, in the Western District of Virginia and elsewhere, DONALD CHARLES THRIFT, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm and ammunition:

    a)     Smith and Wesson, Model 1000, 12 gauge shotgun, Serial Number FS16877;
    b)     1 rounds of 12 gauge ammunition;

and the firearm and ammunition were in and affecting commerce.

2.     All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

1.     Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

    a.     any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b.     any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

        An undetermined sum of U.S. Currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

    b. **Firearms and Ammunition**

        1. Glock Model 27, .40 caliber pistol, Serial Number NKM281;
        2. Ruger LCP, .380 caliber pistol, Serial Number 372103214;
        3. Smith and Wesson, Model 1000, 12 gauge shotgun, Serial Number FS16877;
        4. 11 rounds of .40 caliber ammunition;
        5. 25 rounds of .380 caliber ammunition;
        6. 18 rounds of .40 caliber ammunition;
        7. 6 rounds of .380 caliber ammunition;
        8. 1 round of 12 gauge ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this ___8___ day of ___10___, 2019.

/s/ Grand Jury Foreperson

_Thomas T. Cullen_
THOMAS T. CULLEN
United States Attorney

by