Exhibit 3

To the Courts of The
United States of America
and The Honorable Judge Jones

My name is Nancy Degollado D.O.B. July 27, 1981, I was born in Elk Grove IL. I pray that this letter finds you all well. First thing I'd like to thank you for taking your time to read my letter. I'm facing sentencing for conspiracy to trafficking Meth. I've already signed my plea on November 3rd of 2020. I take full responsibility of my actions and greatly apologize. I wasn't always like this, I was once a daughter, a straight "A" student, a wife, and a devoted mother. I seperated from Cristofer Degollado in 2009 and divorced him in 2013. Our marraige was very abusive mentally and physically. I suddenly became a single mother of three amazing beautiful girls Dafne Degollado 19, Naomi Degollado 19 and Christy Degollado 16. We did well for a short while. Unfortunatly I was introduced to meth in 2015 and slowly started my downfall. At first it was a social use, but we know that meth is not a social drug. It takes everything and everyone from you, it destroys lifes. I was not aware of this back then. I found myself facing eviction and one thing lead to another. I started using heavier and started passing it onto make a little bit of money. I eventually lost my home, my girls went to my mother's house. I went to jail and fell into a deep depression. As my use became heavier

I lost myself and my way. I didn't realize the grave damage I was causing myself, my loved ones, nor the community. I miss my normal life and family. I greatly apologize to The United States of America for all the harm I caused by my actions. During my use I knew no better and now I see the severness of my use and actions. I am far from an organizer please believe that, Although I do accept responsibility of my use and actions caused. I became a very heavy IV user, that had the connections, the wrong type of connections. The drug user in me just was looking for the next fix a little bit of change in my pocket. I ended up homeless and even attempted towards my own life. I can't explain how sorry I am for everything I've done to myself and others. I'm missing out on my family I dragged myself and others down with me, and now I'm paying the consequences of my actions. All I'm asking the Court and to you Honorable Judge Jones is to please have mercy on me. I beg leinarey on my sentence and pray that I will be sentenced below my guide lines. I understand that I will do time and will take full advantage of all programs and education provided for me in prison. My past is my past and I will only look back to not make the same mistakes. This time that I will get, I will focus on my future and to have all the tools to live a drug free life surrounded by my loved ones. I pray that with your help I'll be able

to be at my daughters graduations from college, and
have a successful future. I Apologize for all the pain,
wrongs and harm I've done to anyone else in the
community. Please have leinancy on my sentence and
that you can see the human, mother, daughter, sister
and female that I am and not the criminal
that my drug use made of me. I pray that
you will make it possible that I will reunite with
my loved ones sooner than later. Thank you for
your time God Bless you. I accept my responsibility
and Greatly Apologize.

Sincerely

Nancy Degollado